Phyllis AUSTIN, Appellant,

v.

DEPARTMENT OF VETERAN AFFAIRS, Secretary Eric K. Shinseki,[1] Appellee.

No. 07–3231.

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2009.

Filed: March 11, 2009.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Phyllis Austin appeals the district court's[2] adverse grant of summary judgment in her Title VII employment-discrimination suit against the Department of Veteran Affairs. Having carefully reviewed the record and considered Austin's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. Eric K. Shinseki has been appointed to serve as the Secretary of the Department of Veteran Affairs, and is substituted as an appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.